# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147709-10

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                         SC: 147709
                                                          COA: 314462
                                                          Livingston CC: 12-021045-AR

MELISSA DZIERWA,
        Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                         SC: 147710
                                                          COA: 314468
                                                          Livingston CC: 12-021046-AR

RONDA ROSZAK,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 18, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

s1216